UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JINJA J.J. JOHNSON,<br><br>      Plaintiff,<br><br>  -against-<br><br>RAMOS, et al.,<br><br>      Defendants. | 20-CV-10361 (LLS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued July 2, 2021, dismissing the complaint, with 30 days' leave to amend,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: August 10, 2021
    New York, New York

                    *Louis L. Stanton*
                     Louis L. Stanton
                       U.S.D.J.